**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34336 |
| | § | |
| THEODORE CARTER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/08/2015. The undersigned trustee was appointed on 10/08/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $482,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $43,973.22 |
    | Bank service fees | $194.01 |
    | Other Payments to creditors | $389,946.70 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $48,386.07 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/31/2016 and the deadline for filing government claims was 05/31/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $27,375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $27,375.00, for a total compensation of $27,375.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $90.37, for total expenses of $90.37.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/10/2016                                By:   /s/ David P. Leibowitz
                                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 15-34336 | | Trustee Name: | David Leibowitz |
| Case Name: | CARTER, THEODORE | | Date Filed (f) or Converted (c): | 10/08/2015 (f) |
| For the Period Ending: | 11/10/2016 | | §341(a) Meeting Date: | 11/30/2015 |
| | | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   checking account at debtor's bank: TCF Bank, Chicago; also savings account with no funds in it | $20.00 | $0.00 | | $0.00 | FA |
| 2   used household goods living room furniture including: two chairs; one television; bedroom furniture including: one bed and one dresser | $50.00 | $0.00 | | $0.00 | FA |
| 3   wearing apparel for debtor including normal outerwear and underwear; not including any luxury items such as furs or jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 4   real estate located at 1857 W. Chicago Ave., Chicago, IL | $40,000.00 | $140,000.00 | | $480,000.00 | FA |
| **Asset Notes:**   Although this asset is real property, Debtor scheduled it as personal property on Schedule B, item 20, as an interest in the estate of a deceased member of his church; Debtor stated in Schedule B that he had no intention of opening an estate or making a claim to this property; however, Debtor had been living there, and a quitclaim deed to Debtor had been recorded with the county recorder's office. Sold per court order entered 5/5/16 (docket no. 50). | | | | | |
| 5   Leased 2015 Infinity Q70 | $50,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   This is a leased vehicle, which has no value to the estate. | | | | | |
| 6   1/2 share Nisssan Altima 2010 - owned jointly with daughter who pays the loan monthly; needs work on steering column and other; total market value is 11,000; debtor portion is $5500; debtor's equity of nonexempt is 1/2 of $7115 or $3557. | $5,500.00 | $478.50 | | $0.00 | FA |
| **Asset Notes:**   735 ILCS 5/12-1001(c) 2,400.00   735 ILCS 5/12-1001(b) 679.00 | | | | | |
| 7   2008 Toyota Camry needs major repairs including transmission plus tie end rods and rotors on front end; secured by a loan, which is being paid by debtor's brother, who uses this motor vehicle. | $6,394.00 | $0.00 | | $0.00 | FA |
| 8   Recovery of preferential payments to American Express   (u) | $0.00 | $2,500.00 | | $2,500.00 | FA |
| **Asset Notes:**   Motion to settle for $2,500 granted on 8/4/16 (docket no. 59). | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| **Case No.:** | 15-34336 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CARTER, THEODORE | | **Date Filed (f) or Converted (c):** | 10/08/2015 (f) |
| **For the Period Ending:** | 11/10/2016 | | **§341(a) Meeting Date:** | 11/30/2015 |
| | | | **Claims Bar Date:** | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $102,464.00 | $142,978.50 | | $482,500.00 | $0.00 |

**Major Activities affecting case closing:**

11/05/2016    Discharge denied.
Property located at 1857 W. Chicago Ave. sold per court order entered 5/5/16 (docket no. 50).
Preference claim against American Express settled per court order entered 8/4/16 (docket no. 59).
Claims bar date:  5/31/16
Claim 10 withdrawn.  All other claims reviewed and validated.
Ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2017 | **Current Projected Date Of Final Report (TFR):** | | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

**FORM 2**

Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34336 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, THEODORE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/8/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2016 | | Chicago Title and Trust Company | Net Proceeds of Sale of 1857 W. Chicago Avenue, Chicago, Illinois | * | $46,080.08 | | $46,080.08 |
| | {4} | | Contract Sale Price $480,000.00 | 1110-000 | | | $46,080.08 |
| | | | 2015 Real Estate Taxes Second Installment $(153.61) | 4700-000 | | | $46,080.08 |
| | | | 2016 Real Estate Taxes Prorated $(115.78) | 2820-000 | | | $46,080.08 |
| | | | Closing Cost Credit - Heat Receiver $(10,000.00) | 2990-000 | | | $46,080.08 |
| | | | Listing Broker Commission $(14,597.50) | 3510-000 | | | $46,080.08 |
| | | | Selling Broker Commission $(10,947.50) | 3510-000 | | | $46,080.08 |
| | | | State of Illinois Registration Fee $(3.00) | 2500-000 | | | $46,080.08 |
| | | | CPL fee to Seller $(50.00) | 2500-000 | | | $46,080.08 |
| | | | Commitment Update Fee $(125.00) | 2500-000 | | | $46,080.08 |
| | | | Wire Fee to Seller $(120.00) | 2500-000 | | | $46,080.08 |
| | | | Escrow Feees $(675.00) | 2500-000 | | | $46,080.08 |
| | | | Title Insurance $(2,160.00) | 2500-000 | | | $46,080.08 |
| | | | Illinois Stax Stamps $(480.00) | 2500-000 | | | $46,080.08 |
| | | | Cook County Transfer Tax $(240.00) | 2500-000 | | | $46,080.08 |
| | | | Chicago Transfer Tax - Seller's Share $(1,440.00) | 2500-000 | | | $46,080.08 |
| | | | First Mortgage - Ditech $(366,994.68) | 4110-000 | | | $46,080.08 |
| | | | Second Mortgage - Ditech $(22,798.41) | 4110-000 | | | $46,080.08 |
| | | | Ronald Rosenbloom $(950.00) | 3210-000 | | | $46,080.08 |
| | | | Urchell Associates $(400.00) | 3991-620 | | | $46,080.08 |
| | | | Zoning Certification $(170.00) | 2500-000 | | | $46,080.08 |
| | | | Water Bill $(1,424.44) | 2500-000 | | | $46,080.08 |
| | | | Water Certification $(75.00) | 2500-000 | | | $46,080.08 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $47.97 | $46,032.11 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $71.88 | $45,960.23 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $74.16 | $45,886.07 |
| 08/05/2016 | (8) | American Express Travel Related | Settlement of Preferences - American Express (dkt 59) | 1241-000 | $2,500.00 | | $48,386.07 |

**SUBTOTALS** $48,580.08 $194.01

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-34336 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, THEODORE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/8/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $48,580.08 | $194.01 | $48,386.07 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $48,580.08 | $194.01 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $48,580.08 | $194.01 |  |

| For the period of 10/8/2015 to 11/10/2016 | | For the entire history of the account between 05/06/2016 to 11/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $482,500.00 | Total Compensable Receipts: | $482,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $482,500.00 | Total Comp/Non Comp Receipts: | $482,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $434,113.93 | Total Compensable Disbursements: | $434,113.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $434,113.93 | Total Comp/Non Comp Disbursements: | $434,113.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit B

| Case No. | 15-34336 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | CARTER, THEODORE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/8/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $48,580.08 | $194.01 | $48,386.07 |

| For the period of 10/8/2015 to 11/10/2016 | | For the entire history of the case between 10/08/2015 to 11/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $482,500.00 | Total Compensable Receipts: | $482,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $482,500.00 | Total Comp/Non Comp Receipts: | $482,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $434,113.93 | Total Compensable Disbursements: | $434,113.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $434,113.93 | Total Comp/Non Comp Disbursements: | $434,113.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 15-34336 | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | CARTER, THEODORE | | | | | | | | Date: 11/10/2016 |
| Claims Bar Date: | 05/31/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 19 | AMERICAN EXPRESS BANK FSB<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,211.35 | $0.00 | $0.00 | $0.00 | $2,211.35 |
| **Claim Notes:** | timely section 502(h) claim | | | | | | | | |
| 20 | AMERICAN EXPRESS BANK FSB<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $288.65 | $0.00 | $0.00 | $0.00 | $288.65 |
| **Claim Notes:** | timely section 502(h) claim | | | | | | | | |
| 11 | AMERICAN EXPRESS BANK, FSB<br><br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $846.37 | $0.00 | $0.00 | $0.00 | $846.37 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC<br>PO Box 5008<br>Carol Stream IL 60197-5008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $489.51 | $0.00 | $0.00 | $0.00 | $489.51 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City OK 73124-8848 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $1,562.66 | $0.00 | $0.00 | $0.00 | $1,562.66 |
| 7 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,511.51 | $0.00 | $0.00 | $0.00 | $4,511.51 |

| Case No.:       | 15-34336         | Trustee Name: David Leibowitz |
|-----------------|------------------|-------------------------------|
| Case Name:      | CARTER, THEODORE | Date: 11/10/2016              |
| Claims Bar Date:| 05/31/2016       |                               |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,470.09 | $0.00 | $0.00 | $0.00 | $3,470.09 |
| 9 | CAPITAL ONE, N.A.<br><br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,119.10 | $0.00 | $0.00 | $0.00 | $1,119.10 |
|   | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $27,375.00 | $0.00 | $0.00 | $0.00 | $27,375.00 |
|   | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $90.37 | $0.00 | $0.00 | $0.00 | $90.37 |
| 13 | DEPARTMENT STORE NATIONAL BANK<br><br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $10,811.73 | $0.00 | $0.00 | $0.00 | $10,811.73 |
| 6 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,231.08 | $0.00 | $0.00 | $0.00 | $3,231.08 |
| 10 | GLOBETROTTERS ENGINEERING CORP<br><br>Peterson, Johnson & Murray-Chicago, LLC<br>200 West Adams Street, Suite 2125<br>Chicago IL 60606 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim withdrawn 8/11/2016 docket 60

| Case No. | 15-34336 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CARTER, THEODORE | | | | | | | | Date: 11/10/2016 |
| Claims Bar Date: | 05/31/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $15,060.00 | $0.00 | $0.00 | $0.00 | $15,060.00 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $570.96 | $0.00 | $0.00 | $0.00 | $570.96 |
| | LOIS WEST<br><br>35 E. Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,045.50 | $0.00 | $0.00 | $0.00 | $1,045.50 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street<br>Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| **Claim Notes:** | Court Costs. Total fees due $350.00 (RE: [18] Complaint). (docket #62) | | | | | | | | |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>successor to Synchrony Bank (TJX)<br>PO Box 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,806.71 | $0.00 | $0.00 | $0.00 | $1,806.71 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(SAMS CLUB)<br>POB 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,432.53 | $0.00 | $0.00 | $0.00 | $5,432.53 |

# CLAIM ANALYSIS REPORT

| Case No.: | 15-34336 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CARTER, THEODORE | | | | | | | | Date: 11/10/2016 |
| Claims Bar Date: | 05/31/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(OLD NAVY VISA CARD)<br>POB 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,699.11 | $0.00 | $0.00 | $0.00 | $1,699.11 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(PEARLE VISION)<br>POB 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,139.38 | $0.00 | $0.00 | $0.00 | $1,139.38 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,157.47 | $0.00 | $0.00 | $0.00 | $5,157.47 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,366.33 | $0.00 | $0.00 | $0.00 | $1,366.33 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,857.44 | $0.00 | $0.00 | $0.00 | $4,857.44 |

| Case No. | 15-34336 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | CARTER, THEODORE | | | | | | | | Date: | 11/10/2016 |
| Claims Bar Date: | 05/31/2016 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,138.05 | $0.00 | $0.00 | $0.00 | $2,138.05 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,719.61 | $0.00 | $0.00 | $0.00 | $6,719.61 |
| | | | | | **$103,350.51** | **$0.00** | **$0.00** | **$0.00** | **$103,350.51** |

| | |
|---|---|
| **Case No.** 15-34336 | **Trustee Name:** David Leibowitz |
| **Case Name:** CARTER, THEODORE | **Date:** 11/10/2016 |
| **Claims Bar Date:** 05/31/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,045.50 | $1,045.50 | $0.00 | $0.00 | $0.00 | $1,045.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $570.96 | $570.96 | $0.00 | $0.00 | $0.00 | $570.96 |
| Attorney for Trustee Fees (Trustee Firm) | $15,060.00 | $15,060.00 | $0.00 | $0.00 | $0.00 | $15,060.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured § 726(a)(2) | $27,989.51 | $2,989.51 | $0.00 | $0.00 | $0.00 | $2,989.51 |
| Payments to Unsecured Credit Card Holders | $54,306.51 | $54,306.51 | $0.00 | $0.00 | $0.00 | $54,306.51 |
| Tardy General Unsecured § 726(a)(3) | $1,562.66 | $1,562.66 | $0.00 | $0.00 | $0.00 | $1,562.66 |
| Trustee Compensation | $27,375.00 | $27,375.00 | $0.00 | $0.00 | $0.00 | $27,375.00 |
| Trustee Expenses | $90.37 | $90.37 | $0.00 | $0.00 | $0.00 | $90.37 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-34336
Case Name:     THEODORE CARTER
Trustee Name:  David P. Leibowitz

Balance on hand:     $48,386.07

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $48,386.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $27,375.00 | $0.00 | $27,375.00 |
| David P. Leibowitz, Trustee Expenses | $90.37 | $0.00 | $90.37 |
| Lakelaw, Attorney for Trustee Fees | $15,060.00 | $0.00 | $15,060.00 |
| Lakelaw, Attorney for Trustee Expenses | $570.96 | $0.00 | $570.96 |
| Lois West, Accountant for Trustee Fees | $1,045.50 | $0.00 | $1,045.50 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |
| Other: Chicago Title and Trust Company, Attorney for Trustee Fees | $950.00 | $950.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $44,491.83
Remaining balance:     $3,894.24

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,894.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,894.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,296.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | PYOD, LLC its successors and assigns as assignee | $5,157.47 | $0.00 | $350.53 |
| 2 | PYOD, LLC its successors and assigns as assignee | $1,366.33 | $0.00 | $92.87 |
| 3 | PYOD, LLC its successors and assigns as assignee | $4,857.44 | $0.00 | $330.15 |
| 4 | PYOD, LLC its successors and assigns as assignee | $2,138.05 | $0.00 | $145.32 |
| 5 | PYOD, LLC its successors and assigns as assignee | $6,719.61 | $0.00 | $456.71 |
| 6 | Discover Bank | $3,231.08 | $0.00 | $219.61 |
| 7 | Capital One Bank (USA), N.A. | $4,511.51 | $0.00 | $306.63 |
| 8 | Capital One Bank (USA), N.A. | $3,470.09 | $0.00 | $235.85 |
| 9 | CAPITAL ONE, N.A. | $1,119.10 | $0.00 | $76.06 |
| 11 | AMERICAN EXPRESS BANK, FSB | $846.37 | $0.00 | $57.53 |
| 12 | American InfoSource LP as agent for | $489.51 | $0.00 | $33.27 |
| 13 | Department Store National Bank | $10,811.73 | $0.00 | $734.84 |
| 14 | Portfolio Recovery Associates, LLC | $1,806.71 | $0.00 | $122.80 |
| 15 | Portfolio Recovery Associates, LLC | $5,432.53 | $0.00 | $369.23 |
| 16 | Portfolio Recovery Associates, LLC | $1,699.11 | $0.00 | $115.48 |
| 17 | Portfolio Recovery Associates, LLC | $1,139.38 | $0.00 | $77.44 |
| 19 | American Express Bank FSB | $2,211.35 | $0.00 | $150.30 |
| 20 | American Express Bank FSB | $288.65 | $0.00 | $19.62 |

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to timely general unsecured claims: | $3,894.24 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $1,562.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 18 | American InfoSource LP as agent for | $1,562.66 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**