**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34336 |
| | § | |
| THEODORE CARTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $55,564.00 | Assets Exempt: | $6,900.00 |
| Total Distributions to Claimants: | $393,840.94 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $88,659.06 | | |

3) Total gross receipts of $482,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $482,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $57,028.00 | $389,946.70 | $389,946.70 | $389,946.70 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $88,659.06 | $88,659.06 | $88,659.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $155,071.00 | $83,858.68 | $58,858.68 | $3,894.24 |
| **Total Disbursements** | $212,099.00 | $562,464.44 | $537,464.44 | $482,500.00 |

4). This case was originally filed under chapter 7 on 10/08/2015. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/22/2017</u>     By:   <u>/s/ David P. Leibowitz</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| real estate located at 1857 W. Chicago Ave., Chicago, IL | 1110-000 | $480,000.00 |
| Recovery of preferential payments to American Express | 1241-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | $482,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2015 Real Estate Taxes Second Installment | 4700-000 | $0.00 | $153.61 | $153.61 | $153.61 |
| | First Mortgage - Ditech | 4110-000 | $0.00 | $366,994.68 | $366,994.68 | $366,994.68 |
| | Nissan Motor Acceptance | 4210-000 | $3,885.00 | $0.00 | $0.00 | $0.00 |
| | Nissan Motor Acceptance | 4210-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | Second Mortgage - Ditech | 4110-000 | $0.00 | $22,798.41 | $22,798.41 | $22,798.41 |
| | Turner Acceptance CRP | 4210-000 | $3,143.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $57,028.00 | $389,946.70 | $389,946.70 | $389,946.70 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $27,375.00 | $27,375.00 | $27,375.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $90.37 | $90.37 | $90.37 |
| Chicago Transfer Tax - Seller's Share | 2500-000 | NA | $1,440.00 | $1,440.00 | $1,440.00 |
| Commitment Update Fee | 2500-000 | NA | $125.00 | $125.00 | $125.00 |
| Cook County Transfer Tax | 2500-000 | NA | $240.00 | $240.00 | $240.00 |
| CPL fee to Seller | 2500-000 | NA | $50.00 | $50.00 | $50.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Escrow Feees | 2500-000 | NA | $675.00 | $675.00 | $675.00 |
| Illinois Stax Stamps | 2500-000 | NA | $480.00 | $480.00 | $480.00 |
| State of Illinois Registration Fee | 2500-000 | NA | $3.00 | $3.00 | $3.00 |
| Title Insurance | 2500-000 | NA | $2,160.00 | $2,160.00 | $2,160.00 |
| Water Bill | 2500-000 | NA | $1,424.44 | $1,424.44 | $1,424.44 |
| Water Certification | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Wire Fee to Seller | 2500-000 | NA | $120.00 | $120.00 | $120.00 |
| Zoning Certification | 2500-000 | NA | $170.00 | $170.00 | $170.00 |
| Green Bank | 2600-000 | NA | $194.01 | $194.01 | $194.01 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| 2016 Real Estate Taxes Prorated | 2820-000 | NA | $115.78 | $115.78 | $115.78 |
| Closing Cost Credit - Heat Receiver | 2990-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $15,060.00 | $15,060.00 | $15,060.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $570.96 | $570.96 | $570.96 |
| Ronald Rosenbloom, Attorney for Trustee | 3210-000 | NA | $950.00 | $950.00 | $950.00 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $1,045.50 | $1,045.50 | $1,045.50 |
| Listing Broker Commission, Realtor for Trustee | 3510-000 | NA | $14,597.50 | $14,597.50 | $14,597.50 |
| Selling Broker Commission, Realtor for Trustee | 3510-000 | NA | $10,947.50 | $10,947.50 | $10,947.50 |
| Urchell Associates, Surveyor for Trustee | 3991-620 | NA | $400.00 | $400.00 | $400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $88,659.06 | $88,659.06 | $88,659.06 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $4,000.00 | $5,157.47 | $5,157.47 | $350.53 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,510.00 | $1,366.33 | $1,366.33 | $92.87 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $4,875.00 | $4,857.44 | $4,857.44 | $330.15 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $2,138.05 | $2,138.05 | $145.32 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $9,000.00 | $6,719.61 | $6,719.61 | $456.71 |
| 6 | Discover Bank | 7100-900 | $1,714.00 | $3,231.08 | $3,231.08 | $219.61 |
| 7 | Capital One Bank (USA), N.A. | 7100-900 | $3,040.00 | $4,511.51 | $4,511.51 | $306.63 |
| 8 | Capital One Bank (USA), N.A. | 7100-900 | $3,425.00 | $3,470.09 | $3,470.09 | $235.85 |
| 9 | CAPITAL ONE, N.A. | 7100-900 | $600.00 | $1,119.10 | $1,119.10 | $76.06 |
| 10 | Globetrotters Engineering Corp | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS BANK, FSB | 7100-900 | $0.00 | $846.37 | $846.37 | $57.53 |
| 12 | American InfoSource LP as agent for | 7100-000 | $600.00 | $489.51 | $489.51 | $33.27 |
| 13 | Department Store National Bank | 7100-900 | $1,391.00 | $10,811.73 | $10,811.73 | $734.84 |
| 14 | Portfolio Recovery Associates, LLC | 7100-900 | $1,841.00 | $1,806.71 | $1,806.71 | $122.80 |
| 15 | Portfolio Recovery Associates, LLC | 7100-900 | $5,432.00 | $5,432.53 | $5,432.53 | $369.23 |
| 16 | Portfolio Recovery Associates, LLC | 7100-900 | $784.00 | $1,699.11 | $1,699.11 | $115.48 |
| 17 | Portfolio Recovery Associates, LLC | 7100-900 | $0.00 | $1,139.38 | $1,139.38 | $77.44 |
| 18 | American InfoSource LP as agent for | 7200-000 | $1,196.00 | $1,562.66 | $1,562.66 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | American Express Bank FSB | 7100-000 | $0.00 | $2,211.35 | $2,211.35 | $150.30 |
| 20 | American Express Bank FSB | 7100-000 | $0.00 | $288.65 | $288.65 | $19.62 |
| | ATT U Versse | 7100-000 | $624.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Area Office/Federal Credit Union | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Ortho and Sports Medicine | 7100-000 | $349.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $760.00 | $0.00 | $0.00 | $0.00 |
| | Department of Education | 7100-000 | $90,000.00 | $0.00 | $0.00 | $0.00 |
| | Geraci Law Law Firm | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | Kroger Co | 7100-000 | $240.00 | $0.00 | $0.00 | $0.00 |
| | NW Infectious Disease | 7100-000 | $265.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank | 7100-000 | $2,412.00 | $0.00 | $0.00 | $0.00 |
| | Chase Cardmember Services | 7100-900 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| | Nordstrom Bank | 7100-900 | $1,404.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Walmart | 7100-900 | $4,109.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $155,071.00 | $83,858.68 | $58,858.68 | $3,894.24 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-34336 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, THEODORE | Date Filed (f) or Converted (c): | 10/08/2015 (f) |
| For the Period Ending: | 2/22/2017 | §341(a) Meeting Date: | 11/30/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | checking account at debtor's bank: TCF Bank, Chicago; also savings account with no funds in it | $20.00 | $0.00 | | $0.00 | FA |
| 2 | used household goods living room furniture including: two chairs; one television; bedroom furniture including: one bed and one dresser | $50.00 | $0.00 | | $0.00 | FA |
| 3 | wearing apparel for debtor including normal outerwear and underwear; not including any luxury items such as furs or jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 4 | real estate located at 1857 W. Chicago Ave., Chicago, IL | $40,000.00 | $140,000.00 | | $480,000.00 | FA |
| Asset Notes: | Although this asset is real property, Debtor scheduled it as personal property on Schedule B, item 20, as an interest in the estate of a deceased member of his church; Debtor stated in Schedule B that he had no intention of opening an estate or making a claim to this property; however, Debtor had been living there, and a quitclaim deed to Debtor had been recorded with the county recorder's office.  Sold per court order entered 5/5/16 (docket no. 50). | | | | | |
| 5 | Leased 2015 Infinity Q70 | $50,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This is a leased vehicle, which has no value to the estate. | | | | | |
| 6 | 1/2 share Nisssan Altima 2010 - owned jointly with daughter who pays the loan monthly; needs work on steering column and other; total market value is 11,000; debtor portion is $5500; debtor's equity of nonexempt is 1/2 of $7115 or $3557. | $5,500.00 | $478.50 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(c) 2,400.00<br>735 ILCS 5/12-1001(b) 679.00 | | | | | |
| 7 | 2008 Toyota Camry needs major repairs including transmission plus tie end rods and rotors on front end; secured by a loan, which is being paid by debtor's brother, who uses this motor vehicle. | $6,394.00 | $0.00 | | $0.00 | FA |
| 8 | Recovery of preferential payments to American Express (u) | $0.00 | $2,500.00 | | $2,500.00 | FA |
| Asset Notes: | Motion to settle for $2,500 granted on 8/4/16 (docket no. 59). | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| | |
|---|---|
| **Case No.:** 15-34336 | **Trustee Name:** David Leibowitz |
| **Case Name:** CARTER, THEODORE | **Date Filed (f) or Converted (c):** 10/08/2015 (f) |
| **For the Period Ending:** 2/22/2017 | **§341(a) Meeting Date:** 11/30/2015 |
| | **Claims Bar Date:** 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $102,464.00 | $142,978.50 | | $482,500.00 | $0.00 |

**Major Activities affecting case closing:**

11/05/2016    Discharge denied.

Property located at 1857 W. Chicago Ave. sold per court order entered 5/5/16 (docket no. 50).

Preference claim against American Express settled per court order entered 8/4/16 (docket no. 59).

Claims bar date: 5/31/16

Claim 10 withdrawn. All other claims reviewed and validated.

Ready for TFR.

**Initial Projected Date Of Final Report (TFR):**  12/31/2017    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34336 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, THEODORE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/8/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2016 | | Chicago Title and Trust Company | Net Proceeds of Sale of 1857 W. Chicago Avenue, Chicago, Illinois | * | $46,080.08 | | $46,080.08 |
| | {4} | | Contract Sale Price $480,000.00 | 1110-000 | | | $46,080.08 |
| | | | 2015 Real Estate Taxes Second Installment $(153.61) | 4700-000 | | | $46,080.08 |
| | | | 2016 Real Estate Taxes Prorated $(115.78) | 2820-000 | | | $46,080.08 |
| | | | Closing Cost Credit - Heat Receiver $(10,000.00) | 2990-000 | | | $46,080.08 |
| | | | Listing Broker Commission $(14,597.50) | 3510-000 | | | $46,080.08 |
| | | | Selling Broker Commission $(10,947.50) | 3510-000 | | | $46,080.08 |
| | | | State of Illinois Registration Fee $(3.00) | 2500-000 | | | $46,080.08 |
| | | | CPL fee to Seller $(50.00) | 2500-000 | | | $46,080.08 |
| | | | Commitment Update Fee $(125.00) | 2500-000 | | | $46,080.08 |
| | | | Wire Fee to Seller $(120.00) | 2500-000 | | | $46,080.08 |
| | | | Escrow Feees $(675.00) | 2500-000 | | | $46,080.08 |
| | | | Title Insurance $(2,160.00) | 2500-000 | | | $46,080.08 |
| | | | Illinois Stax Stamps $(480.00) | 2500-000 | | | $46,080.08 |
| | | | Cook County Transfer Tax $(240.00) | 2500-000 | | | $46,080.08 |
| | | | Chicago Transfer Tax - Seller's Share $(1,440.00) | 2500-000 | | | $46,080.08 |
| | | | First Mortgage - Ditech $(366,994.68) | 4110-000 | | | $46,080.08 |
| | | | Second Mortgage - Ditech $(22,798.41) | 4110-000 | | | $46,080.08 |
| | | | Ronald Rosenbloom $(950.00) | 3210-000 | | | $46,080.08 |
| | | | Urchell Associates $(400.00) | 3991-620 | | | $46,080.08 |
| | | | Zoning Certification $(170.00) | 2500-000 | | | $46,080.08 |
| | | | Water Bill $(1,424.44) | 2500-000 | | | $46,080.08 |
| | | | Water Certification $(75.00) | 2500-000 | | | $46,080.08 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $47.97 | $46,032.11 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $71.88 | $45,960.23 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $74.16 | $45,886.07 |
| 08/05/2016 | (8) | American Express Travel Related | Settlement of Preferences - American Express (dkt 59) | 1241-000 | $2,500.00 | | $48,386.07 |
| 12/27/2016 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $48,036.07 |
| | | | **SUBTOTALS** | | $48,580.08 | $544.01 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-34336 | | Trustee Name: | David Leibowitz |
| Case Name: | CARTER, THEODORE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/8/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 570.96; Distribution Dividend: 100.00; | 3120-000 | | $570.96 | $47,465.11 |
| 12/27/2016 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 15,060.00; Distribution Dividend: 100.00; | 3110-000 | | $15,060.00 | $32,405.11 |
| 12/27/2016 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $27,375.00 | $5,030.11 |
| 12/27/2016 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $90.37 | $4,939.74 |
| 12/27/2016 | 3006 | Lois West | Claim #: ; Amount Claimed: 1,045.50; Distribution Dividend: 100.00; | 3410-000 | | $1,045.50 | $3,894.24 |
| 12/27/2016 | 3007 | American InfoSource LP as agent for | Claim #: 12; Amount Claimed: 489.51; Distribution Dividend: 6.80; | 7100-000 | | $33.27 | $3,860.97 |
| 12/27/2016 | 3008 | American Express Bank FSB | Claim #: 19; Amount Claimed: 2,211.35; Distribution Dividend: 6.80; | 7100-000 | | $150.30 | $3,710.67 |
| 12/27/2016 | 3009 | American Express Bank FSB | Claim #: 20; Amount Claimed: 288.65; Distribution Dividend: 6.80; | 7100-000 | | $19.62 | $3,691.05 |
| 12/27/2016 | 3010 | PYOD, LLC its successors and assigns as assignee | Claim #: 1; Amount Claimed: 5,157.47; Distribution Dividend: 6.80; | 7100-900 | | $350.53 | $3,340.52 |
| 12/27/2016 | 3011 | PYOD, LLC its successors and assigns as assignee | Claim #: 2; Amount Claimed: 1,366.33; Distribution Dividend: 6.80; | 7100-900 | | $92.87 | $3,247.65 |
| 12/27/2016 | 3012 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: 4,857.44; Distribution Dividend: 6.80; | 7100-900 | | $330.15 | $2,917.50 |
| 12/27/2016 | 3013 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Amount Claimed: 2,138.05; Distribution Dividend: 6.80; | 7100-900 | | $145.32 | $2,772.18 |
| 12/27/2016 | 3014 | PYOD, LLC its successors and assigns as assignee | Claim #: 5; Amount Claimed: 6,719.61; Distribution Dividend: 6.80; | 7100-900 | | $456.71 | $2,315.47 |
| 12/27/2016 | 3015 | Discover Bank | Claim #: 6; Amount Claimed: 3,231.08; Distribution Dividend: 6.80; | 7100-900 | | $219.61 | $2,095.86 |
| 12/27/2016 | 3016 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 4,511.51; Distribution Dividend: 6.80; | 7100-900 | | $306.63 | $1,789.23 |
| 12/27/2016 | 3017 | Capital One Bank (USA), N.A. | Claim #: 8; Amount Claimed: 3,470.09; Distribution Dividend: 6.80; | 7100-900 | | $235.85 | $1,553.38 |
| | | | **SUBTOTALS** | | $0.00 | $46,482.69 | |

FORM 2
Page No: 3   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34336 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CARTER, THEODORE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/8/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | 3018 | CAPITAL ONE, N.A. | Claim #: 9; Amount Claimed: 1,119.10; Distribution Dividend: 6.80; | 7100-900 | | $76.06 | $1,477.32 |
| 12/27/2016 | 3019 | AMERICAN EXPRESS BANK, FSB | Claim #: 11; Amount Claimed: 846.37; Distribution Dividend: 6.80; | 7100-900 | | $57.53 | $1,419.79 |
| 12/27/2016 | 3020 | Department Store National Bank | Claim #: 13; Amount Claimed: 10,811.73; Distribution Dividend: 6.80; | 7100-900 | | $734.84 | $684.95 |
| 12/27/2016 | 3021 | Portfolio Recovery Associates, LLC | Claim #: 14; Amount Claimed: 1,806.71; Distribution Dividend: 6.80; | 7100-900 | | $122.80 | $562.15 |
| 12/27/2016 | 3022 | Portfolio Recovery Associates, LLC | Claim #: 15; Amount Claimed: 5,432.53; Distribution Dividend: 6.80; | 7100-900 | | $369.23 | $192.92 |
| 12/27/2016 | 3023 | Portfolio Recovery Associates, LLC | Claim #: 16; Amount Claimed: 1,699.11; Distribution Dividend: 6.80; | 7100-900 | | $115.48 | $77.44 |
| 12/27/2016 | 3024 | Portfolio Recovery Associates, LLC | Claim #: 17; Amount Claimed: 1,139.38; Distribution Dividend: 6.80; | 7100-900 | | $77.44 | $0.00 |
| | | | **TOTALS:** | | $48,580.08 | $48,580.08 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $48,580.08 | $48,580.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $48,580.08 | $48,580.08 | |

| For the period of 10/8/2015 to 2/22/2017 | | For the entire history of the account between 05/06/2016 to 2/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $482,500.00 | Total Compensable Receipts: | $482,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $482,500.00 | Total Comp/Non Comp Receipts: | $482,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $482,500.00 | Total Compensable Disbursements: | $482,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $482,500.00 | Total Comp/Non Comp Disbursements: | $482,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34336 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CARTER, THEODORE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5240 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/8/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $48,580.08 | $48,580.08 | $0.00 |

**For the period of 10/8/2015 to 2/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $482,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $482,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $482,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $482,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/08/2015 to 2/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $482,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $482,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $482,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $482,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ